FILED ___ LODGED
RECEIVED ___ COPY

FEB 2 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# district court of the united states, arizona district

10642 W. Southern Ave
Tolleson Arizona near [85353]

§
mark-rock:higgins *beneficiary private irish* §
*moor aboriginal arizonian national, subject* §
*of the Al Maroc Shereefian Empire* §
HIGGINS FAMILY TRUST *a private express trust* §
*Complainant(s)* §
§
-Vs- §
§
§
*Defendant(s)* §
§
§
mark rock higgins Estate et al., §
MARK ROCK HIGGINS Estate et al., §
§
sean rick higgins Estate et al., §
SEAN RICK HIGGINS Estate et al., §
§
tyron rock higgins Estate et al., §
TYRON ROCK HIGGINS et al., §
§
slater rock higgins Estate et al., §
SLATER ROCK HIGGINS et al., §
§
betty lou higgins Estate   et al., §
BETTY LOU HIGGINS  et al., §
§
roland joseph higgins Estate et al., §
ROLAND JOSEPH HIGGINS et al., §
§
stephen-john:sisneros d/b/a §
STEPHAN J SISNERIOUS §
Attorney Arizona Yavapai County et al., §
Heir and Assignees §
§
elmer clarence callaway Estate et al., §
ELMER CLARENCE CALLAWAY Estate et al., §

The United States of America

Exclusive Equity

*Treaty of Marrakech 1786.*
*ARTICLE XXI.,*

*Treaty of Tunis 1824*
*ARTICLE XII.*

*1789 constitution for the united states*
*of america in congress assembled,*
*Article III, §2§§1,*

the *Judiciary Act of 1789 1 stat 73*
*§9, §11, §16, and §20.,*

CV-22-283-PHX-JJT

**Complaint**
**Bill in Equity**
**Special Petition to Proceed Ex Parte**
**In Camera hearing**

To: debra-denise:lucas d/b/a
DEBRA D LUCAS
% district court of the united states of
arizona district clerk of court et al.,
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St.. Suite 130, SPC 1
Phoenix, Arizona near:[85003]
Restricted Registered Mail

§. To: grant-murray:snow d/b/a
§   G. MURRAY SNOW et al.,
§ Chief Judge United States District of Arizona et al.,
§ c/o district court of the united states
§ arizona district et al.,

**Special Petition to Proceed Ex Parte**

ANTONY BLINKEN
secretary of state et al.
**United States Department of State**
HEIRS AND ASSIGNEES

debra-anne:haaland
DEBRA ANNE HAALAND
secretary of the interior et al.,
**Department of the Interior**
HEIRS AND ASSIGNEES

wilkinson, monty
MONTY WILKINSON
attorney general et al.,
**United States Department of Justice**
HEIRS AND ASSIGNS

saul, andrew
ANDREW SAUL
commissioner et al.,
**Social Security Administration**
HEIRS AND ASSIGNEES

yellen, janet louise
JANET LOUISE YELLEN
secretary of the treasury et al.,
**United States Department of the Treasury**
HEIRS AND ASSIGNEES

rettig, harles paul
CHARLES PAUL RETTIG
commissioner, et al.,
**internal revenue**
HEIRS AND ASSIGNEES

martin, donna
MAJOR GENERAL DONNA MARTIN
provost marshal general et al.,
**United States Department of the Army**
HEIRS AND ASSIGNEES

mayorkas, alejandros
ALEJANDRO MAYORKAS
secretary of homeland security et al.,
**Department of Homeland Security**
HEIRS AND ASSIGNEES

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

§ 401 W. Washington St. Suite 622, SPC 80
§ Phoenix, Arizona near: [85003]

Restricted Registered Mail

\*\*\*Private, Special, Privileged\*\*\*
\*Confidential\*
**Excluding the Public and Press**
**Special Term, without General**
**without Statutes, without FCRP**

**Special Petition to Proceed Ex Parte**

mark:brnovich           §
MARK BRNOVICH        §
attorney general et al.,        §
**ARIZONA**              §
HEIRS AND ASSIGNEES    §
                                §
hobbs, katie et al.,          §
KATIE HOBBS          §
secretary of state et al.,       §
**Arizona Department of State**   §
HEIRS AND ASSIGNEES    §
                                §
steven richer             §
maricopa county clerk/recorder of deeds et al., §
**Maricopa County**        §
HEIRS AND ASSIGNEES    §
                                §
william-scott:bales       §
SCOTT BALES et al.,      §
**Chief Justice Arizona Supreme Court**   et al., §
HEIRS AND ASSIGNEES    §
                                §
sheila sullivan polk       §
SHEILA POLK           §
**yavapai county prosecutor et al.,** §
HEIRS AND ASSIGNEES    §
                                §
robert-maurice:brutinel     §
ROBERT M BRUTINEL      ,    §
**Chief Justice Arizona Supreme court** et al., §
HEIRS AND ASSIGNEES    §
                                §
paul penzone            §
PAUL PENZONE         §
**maricopa county sheriff et al.,**   §
HEIRS AND ASSIGNEES    §
                                §
david-lee:rhodes         §
DAVID RHODES et al.,     §
Yavapai county sheriff et al.,   §
HEIRS AND ASSIGNEES    §
                                §
debra rene phelan        §
DEBRA R PHELAN et al.      ,   §
Yavapai county superior court judge et al., §

Page **3** of **31**

**Special Petition to Proceed Ex Parte**

§

tina rae ainley                                    §
TINA R AINLEY et al.              ,                §
Yavapai county superior court judge et al.,        §
HEIRS AND ASSIGNEES                                §
                                                   §
michael-paul:mcgill                                §
MICHAEL P MCGILL et al.,           ·               §
Yavapai county superior court judge et al.,        §
HEIRS AND ASSIGNEES                                §
                                                   §
douglas-anthony:roscoe jr.                         §
DOUG DUCEY et al.,                                 §
Governor Arizona State  et  al.,                   §
HEIRS AND ASSIGNEES                                §
                                                   §
royce-t:flora                                      §
ROYCE T FLORA et al.,             ·                §
**Maricopa County Treasurer et al.,**              §
HEIRS AND ASSIGNEES                                §
                                                   §
john-m:allen                                       §
JOHN M ALLEN et al.,                               §
**Maricopa County Treasurer et al.,**              §
HEIRS AND ASSIGNEES                                §
                                                   §
halikowski, john d/b/a                             §
JOHN HALIKOWSKI et al.,                            §
ARIZONA DEPARTMENT OF              ·               §
TRANSPORTATION  et  al.,                           §
HEIRS AND ASSIGNEES                                §
                                                   §
stephen:richer d/b/a                               §
maricopa county recorder  et. al.,                 §
HEIRS AND ASSIGNEES                                §
                                                   §
raquel:soto d/b/a                                  §
administrative supervisor                          §
maricopa county recorder office  et  al.,          §
HEIRS AND ASSIGNEES                                §
                                                   §
erica:perez d/b/a                                  §
maricopa county deputy clerk                       §

**Special Petition to Proceed Ex Parte**

HEIRS AND ASSIGNEES                                 §
                                                    §
michael-william:kemp d/b/a                          §
MICHAEL W KEMP                                       §
Judge Superior Court Maricopa County et. al.,       §
Heirs and Assignees                                 §
                                                    §
david-clark:partridge d/b/a                         §
CLARK PARTTRIDGE                                     §
Arizona Comptroller et al.,                         §
                                                    §
bruce-edwin:staggs d/b/a                            §
BRUCE E STAGGS                                       §
Justice of Peace Cochise County et al.,             §
Heir and Assignees                                  §
                                                    §
donald-john:trump d/b/a                             §
DONALD J TRUMP                                       §
President United States  et al.,                    §
                                                    §
                                                    §
william-barr d/b/a                                  §
WILLIAM BARR                                         §
Attorney General United States et al.,              §
Heirs and Assignees                                 §
                                                    §
michael-richard:pompeo d/b/a                        §
MIKE POMPEO                                          §
Secretary of State United States et al.,            §
                                                    §
douglas-john:wolf d/b/a                             §
DOUG WOLF Assessor Pinal County Arizona et al.,     §
Heirs and Assignees                                 §
                                                    §
mark-thomas:lamb d/b/a                              §
MARK LAMB Sheriff Pinal County Arizona et al.,      §
                                                    §
michael-patrick:mccord d/b/a                        §
MICHAEL P MCCORD Treasurer Pinal County et al.,     §
Heirs and Assignees                                 §
                                                    §
royce-t:flora  d/b/a                                §
ROYCE T FLORA Treasurer Maricopa County et al.,     §
Heirs and Assignees                                 §
                                                    §

Page 5 of 31

**Special Petition to Proceed Ex Parte**

paul-d:peterson d/b/a
PAUL D PETERSEN Assessor Maricopa County et al.,
Heirs and Assignees

dolores-janette:doolittle d/b/a
DOLORES DOOLITTLE Treasurer
Pinal County et al.,
Heirs and Assignees

donna-june:mcquality d/b/a
DONNA MCQUALITY Clerk Superior Court et al.,
Heirs and Assignees

brian:mcintrye d/b/a
BRIAN MCINTRYE
Attorney State of Arizona Cochise County et al.,
Heirs and Assignees

jeffery-robert:fine jr d/b/a
JEFF FINE Clerk of Superior Court Maricopa County et al.,
Heirs and Assignees

alex-michael:azar II d/b/a
ALEX AZAR U.S. Health Human Services et al.,
Heir and Assignees

frank:milstead d/b/a
Col FRANK MILSTEAD Director Arizona Department
Of Transportation et al.,
Heirs and Assignees

jeri-lynn:williams d/b/a
JERI L WILLIAMS Chief of Police Phoenix et al.,
Heirs and Assignees

krista-michelle:carman d/b/a
KRISTA M CARMAN Div 4 Judge Yavapai County.
Heirs and Assignees

thomas-k-atty:kelly d/b/a
TOM KELLY Judge Superior Court Yavapai County Pro
tem et al., Heir and Assignees

elizabeth-b:prelogar d/b/a
U.S. Solicitor General et al.,
Heirs and assignees

## Complainant(s)

mark-rock:higgins, *irish moor beneficiary private national*

HIGGINS FAMILY TRUST a *private express trust*

c/o 10642 W. Southern AVE

Tolleson, Arizona RFD near [85353]

## Defendant(s)

sheila-sullivan:polk d/b/a
SHEILA POLK Attorney Arizona Yavapai Div. et al.,
255 E Gurley St STE 201
Prescott, AZ [86322]
USPS Notice:{7020-2450-0001-0758-7846}
Bill of Exceptions{7019-0700-0000-2710-5344}
Notice of Default:{7019-0700-0000-2710-5351}

debra-rene:phelan d/b/a
DEBRA R PHELAN et al.,
Superior Court Yavapai County Judge, et al.,
120 South Cortez St.
Prescott, Arizona near. [86303]
USPS Notice:{7020-2450-0001-0758-7877}
Notice: {RF-287-848-257-US}12-14-21

**Special Petition to Proceed Ex Parte**

robert-maurice:brutinel d/b/a
ROBERT M BRUTINEL  et al.,
Chief Justice Arizona Supreme Court et al.,
1501 W Washington St
Phoenix, Ariz [85007]
**USPS Notice: {RF 28784821US}**
Notice Dated 1/15/2020, Default
{7020-2450-0000-0925-0450}
USPS 7020-2450-0001-0758-7815

haaland, debra anne d/b/a
DEBRA ANNE HAALAND
secretary of the interior et al.,
Department of the Interior
1849 C Street NW
Washington, District of Columbia [20240]

saul, andrew marshall d/b/a
ANDREW SAUL
commissioner et al.,
Social Security Administration
6401 Security Blvd.
Woodlawn, Maryland [21235]

rettig, charles paul d/b/a
CHARLES PAUL RETTIG
commissioner, et al.,
internal revenue
1111 Constitution Ave., NW.
Washington, District of Columbia [20224]

mayorkas, alejandro nicholas d/b/a
        Alejandro Mayorkas
secretary of homeland security et al.,
Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, District of Columbia [20528]

steven-john:sisneros d/b/a
STEVEN J SISNERO
yavapai county prosecutor et al.,
Yavapai County Arizona Attorney
Prescott, Arizona [86301]
USPS Notice:{9590-9402-5862-0038-7107-09}

paul:penzone d/b/a
PAUL PENZONE
maricopa county sheriff et al.,
Maricopa County Sheriff
550 W Jackson
Phoenix, Arizona [85003]
Notice:{RE-982-175-059-US}
Notice of Default:{RF287854955US}
Notice of Default:{RF 287 854 941 US}

david:rhodes d/b/a
DAVID RHODES
Yavapai County Sheriff et al.,
YAVAPAI COUNTY SHERIFF
255 E. Gurley St
Prescott, AZ [86301]

mark:brnovich d/b/a
MARK BRNOVICH AZ BAR No. 14134
Arizona Attorney General et al.,
2005 N Central Ave
Phoenix, AZ [85004]
**USPS Notice: {RE 919642377US}**
Notice{RE-982-174-901-US}Jan 2021
{RE-982-1829-73-US} Feb 27, 2019
Default Cure:{RE287-854-924US}

garland, merrick brian d/b/a
MERRICK GARLAND
attorney general et al.,
Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia [20530]

yellen, janet louise d/b/a
JANET LOUISE YELLEN
secretary of the treasury et al.,
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]

miller, duane r d/b/a
MAJOR GENERAL DUANE R. MILLER et al.,
provost marshal general et al.,
Department of the Army
        Pentagon Building
Washington, District of Columbia [22202]

karen:fann d/b/a
KAREN FANN  et al.,
President of Arizona Senate et. al.,
1700 W. Washington Suite 306
Phoenix, AZ [85007]
USPS Notice: {7020-2450-0001-0758-7785}

douglas-anthony:roscoe jr et al., d/b/a
DOUG DUCEY et al.,
Governor of Arizona et al.,
ARIZONA STATE GOVERNOR
1700 W Washington
Phoenix, Arizona [85007]
USPS Notice:{7019-0700-0000-2710-5320}
USPS: {RE-982175031US}:{RE982175076US}
{7020-2450-0000-0925-0473}

hobbs, katie d/b/a
KATIE HOBBS
secretary of state et al.,
Arizona Department of State
1700 W Washington St
Phoenix, AZ [85007]

benny salvadore pina jr d/b/a
BENNY PINA
POLICE CHIEF SURPRISE Arizona et al.,
Notice #9590-9402-5862-0038-7107-16
14250 W Statler Plaza
Surprise, AZ [85374]

**Special Petition to Proceed Ex Parte**

mark:daniel d/b/a
MARK DANIELS
Cochise County Sheriff et al.,
SHERIFF OF COCHISE
1415 Melody Lane  Build G
Bisbee, AZ [85603]

donna-june:mcquality d/b/a
DONNA MCQUALITY
superior court yavapai county clerk et al.,
YAVAPAI SUPERIOR COURT CLERK
102 S Cortez St. Room 207
Prescott, Ariz. [86303]
USPS Notice Bill Of Exceptions
 {7020-2450-0001-0750-8041}
Notice Default {7019-0700-0000-2710-5368}.

bruce-e:staggs d/b/a
BRUCE E STAGGS
Justice of Peace Cochice County et al.,
126 W 5th St., Benson AZ [85602]
USPS Notice{RE982174950US}
Default Notice:{RF287 854 938 US}

Mark Rock Higgins Estate et al.,
MARK ROCK HIGGINS et al.,
% 10642 W Southern Ave
Tolleson, Arizona near:[85353]

Sean Rick Higgins Estate et al.,
SEAN RICK HIGGINS et al.,
c/o 10642 W Southern Ave
Tolleson, Arizona RFD near. [85353]

Slater Rock Higgins Estate et al.,
SLATER ROCK HIGGINS et al.,
c/o 10642 W Southern Avenue
Tolleson, Arizona RFD near. [85014]

Roland Joseph Higgins Estate et al.,
ROLAND JOSEPH HIGGINS et al.,
% 10642 W Southern Ave
Tolleson, Arizona RFD near. [85353]

Melody Leneah Higgins Estate et al.,
MELODY LENEAH HIGGINS et al.,
% 10642 W. Southern AVE
Tolleson, Arizona RFD near: [85353]

dolores-janette:doolittle d/b/a
DOLORES DOOLITTLE Treasurer
Pinal County et al.,
P.O. Box 709
Florence, Arizona [85132]
USPS:{RE-982-175-005-US}

doug:wolf d/b/a
DOUG WOLF
Pinal County Assessor  et al.,

mark:lamb d/b/a
MARK LAMB
Sheriff Pinal County et al.,
PINAL COUNTY SHERIFF
971 N Jason Lopez Circle, P.O. Box 867
Florence, Arizona [85132]
Notice:{7020-2450-0000-0925-1913}

tina-rae:ainley d/b/a
TINA R AINLEY
yavapai county superior  judge et al.,
YAVAPAI COUNTY SUPERIOR JUDGE
120 S. Cortez  St.
Prescott, Arizona near [86303]
Notice:{7006-3450-0002-2883-1900}
{RF-458-398-675-US}
{7019-0700-0000-2710-5368}: Default Notice

michael-paul:mcgill  d/b/a
MICHAEL P MCGILL et al.,
Yavapai county superior court judge et al.,
102 S. Cortez Street Div 1 Court
Prescott, AZ 86303
USPS {7019-0700-0000-2710-5375}

brian:mcintrye d/b/a
BRIAN MCINTRYE
Arizona Attorney Cochise County et al.,
P.O. Drawer CA 150 Quality Hill Rd. 2nd Fl
Bisbee, AZ [85603] {RF287854941US}

Tyron Rock Higgins Estate et al.,
TYRON ROCK HIGGINS  et al.,
c/o 10642 W Southern Avenue
Tolleson, Arizona  RFD near. [85353]

Betty Lou Higgins Estate et al.,
BETTY LOU HIGGINS et al.,
c/o 10642 W Southern Avenue
Tolleson, Arizona RFD near. [85353]

Elmer Clarence Callaway Estate et al.,
ELMER CLARENCE CALLAWAY  et al.,
% 10642 W. Southern  Avenue
Tolleson, Arizona RFD near. [85353]

clark:partridge d/b/a
CLARK PARTRIDGE
Comptroller State of Arizona et al.,
100 N. 15 AVE, Phoenix, AZ 85007
Notice:{RE982182942US} Feb 27, 2019

michael-william:kemp d/b/a
MICHAEL W KEMP  et al.,
Judge Superior Court Maricopa County et al.,
201 W Jefferson St
Phoenix, Arizona [85003]
CV2021-003096

john-m:allen d/b/a
JOHN M ALLEN
Treasurer Maricopa County. et. al.,

**Special Petition to Proceed Ex Parte**

P.O. Box 709
Florence, AZ [85132]
USPS Notice: {RE-982-175-014-US}

michael-patrick:mccord d/b/a
MICHAEL P MCCORD
Treasure Pinal County et. al.,
P.O. Box 709
Florence, AZ 85132, United States
USPS Notice: {RE-982-175-005-US}

richer, stephen d/b/a
STEPHEN RICHER
Maricopa County Recorder et. al.,
111 S. 3rd AVE STE 103
Phoenix, AZ 85003

royce-t:flora
ROYCE T FLORA et al.,
Treasurer Maricopa County
301 W. Jefferson St.
Phoenix, AZ [85003]
Notice:{RE-982-174-756-US}
{RE919648145US}{RE982174699US}

william-scott:bales
SCOTT BALES et al.,
Chief Justice Arizona Supreme Court et al.,
1501 W Washington St #411
Phoenix, Ariz [85007]
USPS Notice: {RE-9196-4240-03-US}March 6 2019,
{RE-982-1829-60-US}FEB 27,2019,
{RE-919-6425-75-US}March 13, 2019
{RE-982-1856-91-US}June 14,2019

donald-john:trump d/b/a
DONALD J TRUMP
President United States et al.,
1600 Pennsylvania Avenue
Washington, D.C. 20530-0001
Notice of Repudiation of citizenship
{RE-982-184-696-US} 4-05-2019

jeri-lynn:williams d/b/a
Chief of Police Phoenix et al.,
Phoenix Ariz [85003]
Notice:{RE 982 1748 44 US}

michael-richard:pompeo d/b/a
MIKE POMPEO
Secretary of State United States et al.,
2201 C NW
Washington, D.C. 20520
Notice of Repudiation of citizenship
{RE-982-184-705-US}4-04-2019

Phoenix, Arizona [85003]
USPS Notice: {RE-982-174-915-US}
USPS Notice: {7020-2450-0001-0758-7914}

thomas-k-atty:kelly d/b/a
TOM KELLY Judge Superior Court Yavapai
Pro tem et al., 102 S. Cortez
Prescott, Arizona [86303]
Notice of Default:{7019-0700-0000-2710-5368}

krista-michelle:carman d/b/a
KRISTA M CARMAN Judge Div 4
Superior Court Yavapai County et al.,
102 S. Cortez St
Prescott, Arizona [86303]

eddie:cook d/b/a
EDDIE COOK
Assessor Maricopa County. et al.,
301 W. Jefferson St.
Phoenix, AZ [85003]
Notice: {RE-982-175-045-US}

paul-david:petersen d/b/a
PAUL PETERSEN
Assessor Maricopa County et al.,
301 W. Jefferson St.
Phoenix, AZ [85003]
Notice:{RE-982-174-708-US} 7-17-19
Default:{RE 982-174-742-US

william-pelham:barr d/b/a
WILLIAM BARR
Attorney General United States et al.,
950 Pennsylvania Avenue
Washington, D.C. 20530-0001
Notice of Repudiation of citizenship
{RE-982-184-719-US} 4-02-2019

jeffery-robert:fine jr d/b/a
JEFF FINE et al,.
clerk of court superior court maricopa county et al.,
620 West Jackson St. Suite 3017
Phoenix, Arizona [85003]
Notice: {7020-2450-0000-9865-6446}

**Special Petition to Proceed Ex Parte**

alex-michael:azar II d/b/a
ALEX AZAR Secretary of health and human services et al.,
United States, 200 Independence AVE S/W
Washington, D.C. 20201
Notice(s):{RE-981-2174-29-US}:{received 6/26/2019}.
Default: {RE-982-1746-85-US}:{received 7/17/2019}.

frank:mistead d/b/a
Director Arizona Public Saftey et al.,
2222 W Encanto BLVD Phoenix AZ 85009
Notice:{RE 982 174 835US}

   elizabeth-b:preloger d/b/a
ELIZABETH PRELOGER Solicitor General
The United States Department of Justice et al.,
950 Pennsylvania AVE N.W.
Washington, D.C. 20530-0001
Notice of Suit {RF 287 848 274 US}

## Parties

The complainant and "your orator" mark-rock:higgins," is a private people called irish

moors americas aboriginal arizonian national, free inhabitants, and subject of the *Al Maroc*

*Shereefian Empire,* "*but not a citizen of the united states for the district of columbia, nor a*

*citizen of the united states of america in congress assembled,*" ingressed in arizona.,  the

complainant {Mark Rock Higgins; No. 10262031653} a registered organization name Maricopa

county, Arizona is a decedent's legal estate ("Estate") whose principal office is located at 301

West Jefferson, Phoenix, Arizona, in care of krystal:colburn d/b/a KRYSTAL COLBURN

ASSISTANT STATE  REGISTRAR 12573, maricopa county clerk/recorder of deeds et al.,

## Premises

The complainant's and beneficiaries core private rights were MISTAKENLY sacrificed

by his mother and father at his birth, without being fully availed and acknowledged of his

equitable defenses. The complainant has tendered all consideration; and been imputed a serious

liability for the indemnity or satisfaction of all of the debts of the said Arizona registered

organization decedent's legal estate person. The complainant has been De-sized, there is a breach of

trust. My "Special Deposit" has been taken and never has it been applied to the accounting. I have been

irreparably harmed.

### *EQUITY DELIGHTS IN EQUALITY*

**Special Petition to Proceed Ex Parte**

Your orator avers that ... there are Proceedings which are inconsistent with the private treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.*, and the *Treaty of Tunis 1824 ARTICLE XII., Treaty of Tripoli 1796-ARTICLE X.,* as well as, the *1789 constitution for the united states of america*, under the rules of Chancery due and owing to the complainant by way of his **special and particular political status** and equitable rights to the same said Estate, that were intended for your orator, as the sole exclusive heir and beneficiary, by maxims "*only God can create an heir,*" "*the heir and his ancestor are one and the same person,*" and "*Equity regards the beneficiary as the true owner.*"

Your orator appears *in personam*, without an administrator, a personal representative, an executor, or a trustee to defend is equitable rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his rights to equal Justice being rendered on his behalf, which are protected by his privity as an heir to the treaties and the written constitution, intended for him, by its makers as an equitable mortgage/compact. Your Honor would expect no less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equity into activity by good conscience, good faith and by his own reasonable diligence. Your orator is *sui juris,* now having knowledge of his rights and the rights of all his beneficiaries, with opportunity to assert them, he does not delay unreasonably so to do. "*Equity aids the vigilant, not those who slumber on their rights,"* and *"Equity imputes an intent to fulfill an obligation."*

Each named defendant who are **people bound by oath to be Persons worthy of trust** was appointed and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. A trust arises and each defendant who are a people bound by oath to be Persons worthy of Trust are in breach of their

Page **11** of **31**

**Special Petition to Proceed Ex Parte**

defendant who are a people bound by oath to be Persons worthy of trust to either Affirm or Deny the trust; to render a "specific performance", by due particularity; to provide your orator and his protected beneficiaries with a full complete accounting, of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all debts due to your orators and his protected beneficiaries estate during such time as they all were deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as a people called irish moor, *heir/beneficiary arizonian national*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it please your Honor, the said defendants who are a people bound by oath to be Persons worthy of trust have failed to answer, or make defense to the trust; after he had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the destruction of rights done beyond repair, injury and loss of your orator and his beneficiaries. Your orator desires that the defendants who are a people bound by oath to be Persons worthy of trust shall answer under oath, make the discovery called upon by the bill, and rendered over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an order taking his bill for confessed, the failure of the defendant(s) a people bound by oath to be Persons worthy of trust to make any defense being deemed *prima facie* evidence that the defendants who are a people bound by oath to be Persons worthy of trust has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. *Qui tacet, cum loqui detet, consentire videtur* (He who is silent, though he had foreseen them, seems to agree.)

**Special Petition to Proceed Ex Parte**

*"No delays will prejudice a defendant who has ... is active and diligent, and*
*especially, if the defendant concealed the facts which it was his duty to disclose, or deceived*
*the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the*
*complainant cannot be used as a defense by him who caused that sleep, for that would be to*
*take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it please your Honor, that the said defendant(s), and any other people bound by oath to

be Persons worthy of trust who may be confederating together at present and unto your orator

unknown, whose names, when discovered, may be herein inserted, and they be made parties

respondent hereto, for contriving to destroy beyond repair and oppress your orator and his

beneficiaries in the premises. All of which acting's and doings, neglects and pretenses, and other

conduct on the part of said defendants who are people bound by oath to be Persons worthy of

trust, are contrary to equity and good conscience, and tend to manifest destruction, injury and

oppression of your orator in the premises.

## Statement of Jurisdiction

This is a suit in equity arising within the " Maxims of Equity ", *Treaty of 1787 Marrakech*

*ARTICLE XXI.*; *1789 constitution* for the united states of america in congress assembled,

*ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.*

and *§11;* the *Treaty of Tunis 1824 ARTICLE XII., and the Treaty of Tripoli 1796-ARTICLE*

*X..,* the rights of your orator, as a private people called irish moors americas aboriginal arizonian

national, and subject of the *Al Maroc Shereefian Empire,* are of those classes which said Trust

documents are the treaties, constitution, and act, either confers or has taken under their

protection, without  such obligation, your orator's and his beneficiaries rights are in jeopardy of

being destroyed beyond repair, where no adequate remedy for their enforcement is provided by

the forms and proceeding of a purely legal nature.  The same necessity invokes and justifies, in

cases to which its remedies can be applied, that jurisdiction in equity vested by said treaties,

**Special Petition to Proceed Ex Parte**

provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has limited jurisdiction and the complainant does hereby grant all *in personam* and subject matter jurisdiction to this court, under the exclusive equity jurisdiction, conferred by *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution for the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII., and the Treaty of Tripoli 1796-ARTICLE X., Arizona Constitution Declarations of Private Rights Article II Section 4, 8, 25, Article IV Legislative Department Section 19, No. 6. Limitation of civil actions or giving effect to informal or invalid deeds, and* to the exclusion of all other modes and proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as your orator and beneficiaries are remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equity, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and relievable. ***Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:***

## Statement of the Cause

The primary subject matter at issue in your orator's special cause as a private irish moor, americas aboriginal arizonian national, and subject of the *Al Maroc Shereefian Empire,* **"but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled,"** your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states, *the united states for the district of columbia,* or *the united states of america in congress assembled* contracts or statutes, be it expressed or

**Special Petition to Proceed Ex Parte**

implied, possession of the allodial freehold and fee simple title of the so-called irish moors subject "cannot" be reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or instrumentality. Your orator's substantive core private equitable rights to due process and equal Justice being rendered cannot be seen by a court proceeding under any mode other than the exclusive Equity jurisdiction, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said **Emergency Banking Relief Act of 1933 without violation thereof**; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled,* or *the united states for the district of columbia,* which are inconsistent with and repugnant to our reciprocal Trust documents known as the treaties and therefore he cannot be "commingled" with any public U.S. citizens or nationals of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as a irish moor arizonian national american subject of the *Al Maroc Shereefian Empire*. Your orator requires that this Honorable court issue a private declaratory decree acknowledging that your orator is, "in fact," a private irish moor, americas aboriginal arizonian national, and subject of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled,*" and that he shall be treated as friendly, and respected and esteemed as that of the **most favored Nation**. *"Equity aids the vigilant, not those who slumber on their rights*." (see Exhibits Denial of Assumption and Presumption, and Declaration of Intention, *Treaty of Algiers 1795 ARTICLE XIII.*)

## Statement of the Cause

**Special Petition to Proceed Ex Parte**

Your orator prays that this Court terminate any plan or scheme related to any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and grant relief and exoneration from of all liabilities of the defendant Mark Rock Higgins a registered organization name No. 10262031653 in Maricopa county, Arizona is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable claims are uncontroverted. Your orator is beneficial owner of the Estate, and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, his person, and his wife and minor offspring, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal, to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of the your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable settlement will benefit him. Your orator's substantive equitable rights to own property and to due process and equal Justice being rendered are not cognizable at law, much

**Special Petition to Proceed Ex Parte**

less at most ... amount of purely equitable rights.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called irish moors arizonian subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this Honorable court, your orator and/or beneficiaries may be subjected to further unjust, irreparable harm and destruction of his treaty protected rights and property. "*Equity abhors a forfeiture.*"

## Statement of the Cause

The primary subject matter issue of the complainant 's special cause is for the relief against all liability and loss of the Estate(s) as the surety or secondarily liable imposed upon him in all legal proceedings in a general military character, and in a particular "State" legal proceeding civil proceeding multiple Estate real property forfeiture(s) styled as "IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF ARIZONA" by people "Defendant(s)" bound by oath. *"Equity will not allow statute to be be as a cloak for fraud" "Equity regards as done that which ought to be done" "Equity will not suffer a wrong to be without a remedy"* Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial rule in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. *"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."* Your orator's core private rights are not cognizable at law, or the legal legislative proceedings in

Page **17** of **31**

**Special Petition to Proceed Ex Parte**

procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private substantive rights are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equity jurisdiction is no longer furnished and is in direct conflict with the reformed procedure, the complainant's core private rights are in jeopardy of being destroyed; are of those classes, which the treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal.

The complainant is without speedy, nor adequate and complete remedy at law and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name Mark Rock Higgins, in relation to the complainant, as a *private people* called *irish moors* arizonian subject. It is **only under legal compulsion** that the complainant is subjected to any jurisdiction other than the exclusive equity jurisdiction, the equity jurisdiction vested by the *Articles of Confederation ARTICLE XII*; *Treaty of 1787 Marrakech ARTICLE XXI*; *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII, Treaty of Tripoli 1796-ARTICLE X, Arizona Constitution Declaration of Rights Article 4, 8, 25, and Article IV Legislative Department Section 19,* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable defenses from said proceeding legal in nature, in the courts the several states.

**Treaty of Tripoli 1796-ARTICLE X** states:

The money and presents demanded by the Bey of Tripoli as a full and satisfactory

**Special Petition to Proceed Ex Parte**

consideration on his part and on the part of His said government, the treaty of perpetual peace and friendship are acknowledged to have been received by him previous to his signing the same, according to a receipt which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoli, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party.

Therefore, pursuant to the *Treaty of Tripoli 1796-Article X*, my claim being dismissed as "frivolous" would be a decision made in error and prima facie evidence my equitable rights are "not" cognizable and are destroyed beyond repair in the "at law" jurisdiction. I am without full and adequate relief at law given that at law does not recognize the primary rights and duties, estates and interests which it creates, and the remedial rights and duties enforced by the various remedies which it confers, and at law does not present the principles, doctrines, and rules concerning these primary rights, estates, and interests (Pomeroy §128);

**According to the Oxford dictionary, the meaning of frivolous is "not having any serious purpose or value".**

 I contend the purpose and intent of my ancestors establishing multiple Trust documents such as all the Treaties of the *Al Maroc Shereefian Empire*, the Law of the Land and is for the protection of its beneficiaries and heirs in which myself and all my beneficiaries are heir too. Complainants ancestors that established their Trust by way of Treaties, purpose and intent is for the protection of its heirs and beneficiaries,, and if the courts or government are not going to protect the heirs and beneficiaries of the Trust known as the Treaties of the *Al Maroc Shereefian Empire* because they feel the petitioners *privata specialis causa aequo dirimat* (special private equitable cause) is "not having any serious purpose or value" then how shall equal justice be rendered towards a private people called irish moors arizonian. My equitable rights and the rights of my beneficiaries are "not" cognizable and are continually destroyed

**Special Petition to Proceed Ex Parte**

beyond repair in the law of jurisdiction with normal equitable law given that at law does not recognize the primary private rights and duties, estates and interests which it creates, and the remedial rights and duties enforced by the various remedies which it confers, and at law does not present the principles, doctrines, and rules concerning these primary private rights, estates, and interests (Pomeroy §128);

## Statement of the Cause

**The** primary subject matter issue of your orator's special cause, as an "implied equitable surety," he makes his original claim against defendant(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia belligerent and hostile military legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy "at law", sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a private people called irish moors arizonian subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court and its people bound by oath to be Persons worthy of trust, your orator and his beneficiaries/heirs have been undeniably, unequivocally subjected to belligerent, unintelligible, hostile, unjust, irreparable harm beyond destruction of his treaty protected rights, property and treated as though the trust established and

**Special Petition to Proceed Ex Parte**

equitable nature, typically because the subject is too uncertain to allow a decision in favor of a private people called irish moors arizonian

To **Show 'GOOD' cause** why my

**Statement of the Cause;** The primary subject matter issue of the complainant 's special cause is for the relief against the destruction of private rights beyond repair, born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry.

Your orator, while a minor, became entitled, to a large that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the defendant(s) and the complainant, where the complainant was at a disadvantage, and as a consequence the account is inequitable. The complainant equitable cause is a complex accounting, and he is without full facts of the assets of the trust, and relies exclusively on the mode of compelling the defendant/trustee(s) to make disclosure, and therefore a discovery by suit in equity is indispensable. The complainant have business dealings, involving many items, in consequence of relations of trust, or

confidence, the defendant(s) have handled the estate of the complainant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the complainant has an interest, and to pay over whatever may be due or belong to him. The complainant has through his inherent power of appointment, appointed each defendant, having transferred, on special deposit, valuable and

**Special Petition to Proceed Ex Parte**

sufficient consideration, for the fiduciary appointment, investment, granting, conveying, and delivering legal title in the form of a Deed of Conveyance to each defendant. To be held in private by said defendant(s) for the private enjoyment, use, possession, and benefit of the complainant. Each defendant was noticed of the complainant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, by due particularity, to produce a full accounting, list of all real, personal, and equitable assets or other property in which the complainant has an interest; to pay over whatever may be due or belong to him, or the balance due complainant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the complainant went, or should have gone, into the possession, or under the control, of the defendant, giving items, dates, values, and circumstances. The defendant(s) has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due complainant on a fair accounting; that complainant refused to accept it in any respect, and so notified the defendant; Your orator prays for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the defendant has any sureties bound for his good conduct, they should be made defendant(s), and their suretyship alleged in the body of the bill be equitably attached. "*One who seeks equity must do equity.*"

## Statement of the Cause

The primary subject matter issue of the **complainant 's special cause is for the relief** against the destruction of rights born of from trespasses upon the stipulations of treaties including, but not limited to:

**Special Petition to Proceed Ex Parte**

1. Detaining, molesting, interrupting his authority to pass and repass, or impeding *Complainant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Interrupt or destroy *Complainant's* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon *Complainant* for indemnity or satisfaction, on behalf of another, **"under legal compulsion."**

5. Subject *Complainant "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *Complainant* was a citizen of the united states for the district of columbia, or citizen of the united states of america in congress assemble," and subject to their laws.

6. Treating *Complainant* as a belligerent and national of a designated enemy country.

7. Subjecting *Complainant* any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding *Complainant* against possible or prospective injuries, and to preserve the means by which *Complainant's* existing rights may be protected from future or contingent violations.

8. Endangering *Complainant*, implied equitable surety from being injured by the creditor's delay in bringing suit against the principal debtor.

9. The *Complainant* certificate of title of "SPECIAL DEPOSIT" has been issued to the Trustee's and delivered.

### *"He who sleeps on his rights has none"*

Your orator prays for the issue a *"Writ of QUIA TIMET" "injunction"* in the foregoing bill to inhibit and restrain the said herein *Defendants* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the States unified Constitutions of

**Special Petition to Proceed Ex Parte**

bill of attainder, law, or *post facto* color of law the public. It abuses and abroad their charters upon *Private Constitutionally Secured Declarations of Rights*. This *Writ of Quia Timet* is prayed for with good conscience and good reason; it is prayer that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator prays that said *Defendant(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator prays that if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s),* their heirs, assigns, and agents, to secure the payment of the money due Complainant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to the mark-rock:higgins for any breach of faith, be levied.

> *Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases.*
>
> ### *{Henry R. Gibson, Chancellor}*
>
> *The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind.*                    *{Henry R. Gibson}*

**Special Petition to Proceed Ex Parte**

## Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable nature, and the complainant elects to apply for equitable relief and notices that it is an established principle that when there is a conflict between the rules of law and the rules of equity, *over the same subject matter, the rules of equity shall prevail* r. Further, the complainant states that no adequate, sufficient, or speedy remedy at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity jurisprudence. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex Further the complainant does notice that this cause is in accordance with the soul, intent and purpose of the rules of the supreme court of the united states "former rules" number 48, and that Respondents are believed to be governed exclusively in accordance with the intent of Rule 47 of same. *Stand by what has been decided, and do not disturb what is settled.*

## Prayers for Special and General Relief

Wherefore the foregoing, your orator therefore prays that this an honorable court issue a decree for the Complainant's special request for Declaratory Relief of the Rights, Duties, Powers, Privileges and Immunities between the Parties.

a. Acknowledgement of *mark-rock:higgins private irish moor beneficiary aboriginal arizonian*, as sole exclusive heir to the same subject matter the Name and Estate of "MARK ROCK HIGGINS," establishing my equitable rights, powers and relation to said estate; all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, his

**Special Petition to Proceed Ex Parte**

engage in lawful business, and his and their reputation, health and capacity to labor;

b. Acknowledgement of *mark-rock:higgins's* special and particular political status as a *private irish moor, americas aboriginal arizonian national,* and subject of the *Al Maroc Shereefian Empire,* ***"but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled;"*** that he shall be treated as friendly, and respected and esteemed as that of the ***Most Favored Nation;*** and that due process and equal Justice shall be rendered towards him in all disputes;

c. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

d. Exoneration from all liability as secondarily liable to the Estate;

e. Decree a special evidentiary hearing with the special clerk and master to present private proprietary confidential evidence in support (proposed Order attached herewith);

f. Decree to seal said suit to exclude the public and press to protect the nature of the rights and protections between the Parties during the proceedings {proposed Order attached herewith};

g. Decree any other general and special relief, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall**

**require and as to your judgeship shall deem just.** Your orator prays your Honor issue a decree declaring ***complainant mark-rock:higgins*** to be the heir and sole beneficiary of further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the

**Special Petition to Proceed Ex Parte**

administration or execution of said estate shall also consider and exercise right to redeem said collateral in declaring a deed absolute to be an equitable mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require. Your orator prays your Honor issue a decree ***pro confesso*** for all defendant(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the complainant and defendant(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the complainant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

h. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court at law an **instrument of injustice.**

i. Injunctive relief be granted to perpetually inhibited defendant(s) from the assertion of any assumed right, and perpetually restrained defendant(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters.

j. Decree that anyone acting as a Person worthy of Trust, shall render upon request by the Complainant, the specific performance, to produce an annual a full accounting and non-

**Special Petition to Proceed Ex Parte**

commingled; or all real, personal, and equitable assets to complainant's estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Trust Account(s)" interest, in USD species, to Complainant mark-rock:higgins *irish moor heir beneficiary*; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Complainant has an interest, and to pay over whatever may be due or belong to him, or the balance due Complainant on a fair accounting to be held by you on Special Deposit;

k. That the Complainant mark-rock:higgins, a *private people called irish moor, as heir/ beneficiary* shall have the right to claim, as *grantee absolute,* 186,300 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for a people called *moors aborigine descendants*, shall be set aside and recorded in the name of the HIGGINS FAMILY TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named mark-rock:higgins, his *heirs and beneficiaries*. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, **SHALL NOT BE TAXED** by, and is subject to **NO** other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable jurisdiction, **WHATSOEVER**;

l. That any cloud be removed from any real, personal, equitable assets, or named estate(s) or the title be divested and vested, that Complainant makes equitable claim to; and a permanent equitable estopple be granted against any and all non-bona fide parties.

Special Petition to Proceed Ex Parte

m. That perpetual injunctive relief shall issue against all classes of defendant(s) including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the ***united states of america*** and of the several states who are subject to their treaties and constitutions, shall acknowledge the Complainant's special and particular political status"; and the Complainant shall "not" be treated as a national of a designated enemy country, or made subject to the ***Trading with the Enemy Act of 1933***, nor the ***Emergency War Power Act*** or any other act that is repugnant to the treaties; and that Complainant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the treaties between the *Citizens of the United States of North America* and the *Subjects of the Al Maroc Shereefian Empire;*

n. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o. Injunctive relief be granted to perpetually inhibited defendant(s) from the assertion of any presumed right, and perpetually restrained defendant(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the ***united states of america in congress assembled, and perservation arizona constitutional declared private rights or legislative department section public restrictive private preserved that to have been cause unlawful forfeitures*** of an arizonian rightful heir(s) to their inherent estate to reiterate "In Equity regards as cause done what should have been done" people bound by oath be given cause to undo what should not have occurred caused by people bound by oath to cause violation of their charters;

**Special Petition to Proceed Ex Parte**

p. Injunctive relief to be granted on behalf of an implied equitable surety, to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

q. Injunctive relief be granted to perpetually inhibited defendant(s), or anyone acting as a people bound by oath to be Person worthy of Trust, from the asserting of any form of hostile unlawful real property estate forfeiture, detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever to estate unlawfully seized reclaimant such estate by heirs, by anyone acting as people **bound by oath to be a Person worthy of Trust**. Any defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable grounds for attachment exist, state it.

r.That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Complainant have such other relief as he-prays for, and may be entitled to, and that the proper final process shall issue; That this relief has been granted on proper grounds and in keeping with good reason and good conscience. All people bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

**Special Petition to Proceed Ex Parte**

that this relief has been granted on proper grounds and in keeping with good reason and

good conscience.

*Equity will not allow a trust to fail for want of a Trustee*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty and perjury under the laws of the republic of arizona and the united

states of america that the foregoing is true and correct. Dated this 11th day of February, 2022.

By: _____

**mark-rock:higgins,** *grantee/grantor/heir/beneficiary*
a private people called irish moors /americas aboriginal arizonian national,
of arizona *"but not Citizen of the united states for the district of columbia,*
*nor the united states of america in congress assembled."*

higginsfamilytrusttrustee@gmail.com
**Special, Private, Priority**

Witness: _____ , Print: Unalayne Ringe

Witness: _____ , Print: Kelly Roberts

## PROOF OF SERVICE

I Declare that the forgoing instrument (**Special Petition to Proceed Ex Parte**) was served upon
district court of the united states yavapai county superior court clerk to the above cause to district court of
the united states within arizona of record herein on _____ , 2022.

The parties were served via: {USPS 7020-2450-0001-0758-7860} {RF 287 848 274 US}

X U.S.Mail            ___ Facsimile    ___ Hand Delivery        ___ UPS

___ Federal Express        ___ Other    ___ E-File            ___ Email

_____

By: mark-rock:higgins beneficiary private irish moor aboriginal arizonian people.

**Special Petition to Proceed Ex Parte**

Recorded by:: david-jose:watson
*Once Recorded Send To*;
**Higgins Family Foundation Trust**
RFD: 10642 W. Southern Ave
Tolleson, Arizona near [85353]
**Maricopa** County Record;**2019-0336040**
**Pinal** County Record;2021-101182,
{higginsfamilytrusttrustee@gmail.com}

# BILL OF SUBROGATION

********************************** **PRIVATE-SPECIAL-CONFIDENCIAL-PRIORITY** **********************************

From:mark-rock:higgins beneficiary REQUEST FOR RETURN OF COURT
ALL COSTS OF ALL FEES ASSOCIATED THEREIN.

Party To: **united states of america federal court district of arizona special deposit filing fee, request return of remuneration: U.S. Cause No:_____**

Re: **\*Private-Special-Confidential-Priority\*** deposit Silver Certificate No. D51333464J as Proof of Consideration Lawful, Valuable, and Sufficient Consideration delivered on special deposit, in addition to U.S. Postal Money Order #27456296310 amount: $402.00 dollars USD, One Private Lawful Silver Certificate One Dollar Currency of the United States of America, of Higgins Family Trust private express trust Trustee: david-jose-romero:watson, mark-rock:higgins beneficiary private

From:mark-rock:higgins beneficiary private aboriginal arizonian national, maricopa county arizona; AS PER Equity

"v. The premises considered, complainant prays 1st. That subpoena to answer issue [&c: see, ante, §§ 158; 164.]

2d. That he be given a decree against the defendant for the amount paid on said execution, and interest thereon and costs of this suit; but if your Honor holds that the defendant is only liable to contribute and pay complainant one-half of said amount then he prays there- for, and for all the costs of this suit.

3d. That he have such further and other relief as the nature of his case may require."

P. C. Smithson, Solicitor SOURCE: per: Suits in Chancery by Henry R. Gibson 1907, United States Library of Congress.     "EQUITY WOULD NOT SUFFER A WRONG TO BE WITHOUT REMEDY"

Autograph: _____  by: mark-rock:higgins beneficiary private arizonian national

Witness: _____ , Witness: _____ .

Print: Kelly Roberts , Print: Chalayne Ringe



Request for Reimbursement of Case Remuneration          Proof of Consideration          Caption